```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CHRISTIAN HERNANDEZ, <br> aka ERIC GOMEZ, <br><br> Petitioner, <br><br> v. <br><br> FRANCISCO JACQUEZ, Warden, <br><br> Respondent. | NO. CV 08-8631-DDP(CT) <br><br> ORDER ACCEPTING <br> MAGISTRATE JUDGE'S <br> REPORT AND RECOMMENDATION ON <br> PETITION FOR WRIT OF HABEAS <br> CORPUS BY A PERSON IN STATE <br> CUSTODY |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1.  The report and recommendation is accepted.

2.  Judgment shall be entered consistent with this order.

3.  The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 2, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE