UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HERNANDEZ,<br>  aka ERIC GOMEZ,<br><br>              Petitioner,<br><br>         v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>              Respondent. | NO. CV 08-8631-DDP(CT)<br><br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: February 2, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE